IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CATARINO CHAVEZ and<br>MARIA DEL ROSARIO CHAVEZ,<br>Individually and as Representative of the<br>ESTATE OF MARCOS CHAVEZ,<br>Deceased,<br>　　　Plaintiffs,<br><br>VS.<br><br>PAUL H. GONZALEZ and<br>L. FERNANDEZ TRUCKING<br>　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-003 |

United States District Court
Southern District of Texas
FILED

JAN 21 2003

Michael N. Milby
Clerk of Court

## CERTIFICATE OF INTERESTED PARTIES AND ATTORNEYS

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, CATARINO CHAVEZ and MARIA DEL ROSARIO CHAVEZ, Individually and as Representative of the ESTATE OF MARCOS CHAVEZ, Deceased, Plaintiffs in the above-referenced matter and file the following certificate of the interested parties, attorneys and any other person to the outcome of this lawsuit.

### PLAINTIFF:

CATARINO CHAVEZ and
MARIA DEL ROSARIO CHAVEZ,
Individually and as Representative of the
ESTATE OF MARCOS CHAVEZ, Deceased,
c/o GUERRA & MOORE, LTD. L.L.P.
4201 North McColl
McAllen, Texas 78504

## ATTORNEYS FOR PLAINTIFFS:

J. Michael Moore
Federal I.D. No.: 16942
**GUERRA & MOORE, LTD., L.L.P.**
4201 North McColl
McAllen, Texas 78504
Telephone:   956-618-3000
Telecopier:   956-686-4200

Of Counsel:

David J. Lumber
Federal I.D. No.: 22085
**GUERRA & MOORE, LTD., L.L.P.**
4201 North McColl
McAllen, Texas 78504
Telephone:   956-618-3000
Telecopier:   956-686-4200

## DEFENDANT:

PAUL H. GONZALEZ
6141 Dock Berry Road
Brownsville, Texas 78520

B&L FERNANDEZ TRUCKING
330 S. Oklahoma
Brownsville, Texas 78520

## ATTORNEY FOR DEFENDANT, B & L FERNANDEZ TRUCKING:

John M. Curney, Jr.
CURNEY, GARCIA, WISE & FARMER, P.C.
411 Heimer Road
San Antonio, Texas 78232-4854
Telephone: (210) 377-1990
Telecopier: (210) 377-1065

**THIRD PARTY DEFENDANT**:

United States Border Patrol
United State Government
District Director, E. M. Trominski
2102 Teege Avenue
Harlingen, Texas 78551

**ATTORNEY FOR THIRD PARTY DEFENDANT**:

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520
Telephone: (956) 548-2554
Telecopier: (956) 548-2549
Federal I.D. No.: 10263

                              Respectfully submitted,

                              GUERRA & MOORE, LTD., L.L.P.
                              4201 North McColl Rd.
                              McAllen, Texas 78504
                              Telephone:  956-618-3000
                              Telecopier:  956-686-4200

BY: _____
                              J. Michael Moore
                              Federal I.D. No. 16942
                              David J. Lumber
                              Federal I.D. No. 22085

                              **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, 2003, a true and correct copy of the above and foregoing instrument was forwarded via certified mail return receipt requested to the following:

John M. Curney, Jr.
**CURNEY, GARCIA, WISE & FARMER, P.C.**
411 Heimer Road
San Antonio, Texas 78232-4854

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520

_____
David J. Lumber