IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CATARINO CHAVEZ ET AL, | * |
| | * |
| v. | * CIVIL ACTION NO. B-03-003 |
| | * |
| PAUL H. GONZALEZ, ET AL, | * |

## UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, moves this Court for an enlargement of time for which to file its answer or otherwise plead in this cause. In support of this motion, the United States submits that its client agency is currently aggressively gathering files and information pertinent to this cause of action in order to prepare its response to the allegations herein. Therefore, the United States request that it be provided an additional extension until February 28, 2003 in which to respond to the allegations herein.

WHEREFORE, PREMISES CONSIDERED, the United States prays that this Court grant its motion for an enlargement of time and issue an order allowing it until February 28, 2003 to file its answer or otherwise plead to the allegations herein.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:  (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## STATEMENT OF CONSULTATION

On January 22, 2003, the undersigned was advised by defendant's/cross-plaintiff's counsel, John Curney that he did not oppose this motion.

On January 23, 2003, the undersigned was advised by plaintiffs' counsel, David Lumber that he did not oppose this motion.

NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing United States' Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead was mailed via certified mail, return receipt requested to the following:

J. Michael Moore
David J. Lumber
Attorney at Law
4201 N. McColl Road
McAllen, TX 78504

John M. Curney, Jr.
Attorney at Law
411 Heimer Road
San Antonio, TX 78232-4854

on this the 23rd day of JANUARY, 2003.

NANCY L. MASSO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CATARINO CHAVEZ ET AL, | * |
| | * |
| v. | * CIVIL ACTION NO. B-03-003 |
| | * |
| PAUL H. GONZALEZ, ET AL, | * |

### ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSE OR OTHERWISE PLEAD

CAME ON to be heard the United States' unopposed motion for enlargement of time to file its response or otherwise plead and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the United States' response be filed on February 28, 2003.

DONE on this the ___ day of _____, 2003 in Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge