5

United States District Court
Southern District of Texas
ENTERED

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

JAN 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

CATARINO CHAVEZ ET AL,                         *
                                               *
v.                                             *    CIVIL ACTION NO. B-03-003
                                               *
PAUL H. GONZALEZ, ET AL,                       *

## ORDER GRANTING UNITED STATES' UNOPPOSED MOTION
## FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSE OR OTHERWISE PLEAD

CAME ON to be heard the United States' unopposed motion for enlargement of time

to file its response or otherwise plead and, after due consideration, this Court finds that

said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the United States' response be filed on February

28, 2003.

DONE on this the 27 day of January, 2003 in Brownsville, Texas.

Felix Recio
United States Magistrate Judge