United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

FEB 0 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CATARINO CHAVEZ AND MARIA DEL ROSARIO CHAVEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MARCOS CHAVEZ, DECEASED | § § § § § § § § § § | CIVIL ACTION B-03-003 |
| V. | | |
| PAUL H. GONZALEZ AND L. FERNANDEZ TRUCKING | | |

## DEFENDANT'S DESIGNATION OF FINANCIALLY INTERESTED PARTIES

**B & L Fernandez Trucking**, hereinafter referred to as Defendant, files this its notice as to financially interested parties in the above-referenced case and in support thereof shows:

1. The only parties with a financial interest in this particular case on behalf of **B & L Fernandez Trucking** will be **Betty** and **Lionel Fernandez**, who may be reached courtesy of their attorney of record, **John M. Curney, Jr.**

           Respectfully submitted,

           CURNEY, GARCIA, WISE & FARMER, P.C.
           411 Heimer Road
           San Antonio, TX 78232-4854
           (210) 377-1990 (Telephone)
           (210) 377-1065 (Facsimile)

           _____
           John M. Curney, Jr.
           State Bar No. 05258600
           Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following by certified mail, return receipt requested, by FAX, by hand delivery, by regular mail or by Federal Express on the ___ day of _____, 2003.

C.M./R.R.R. 70012510000241690330

J. Michael Moore
GUERRA & MOORE, Ltd., L.L.P.
4201 North McColl Road
McAllen, Texas 78504

C.M./R.R.R. 70012510000241690323

Michael T. Shelby
United States Attorney
Nancy L. Masso
Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, Texas 78250

_____
John M. Curney, Jr.

1532.047\DesignFinancialInterest
N5843 INS: B&L Fernandez CLMT: Chavez DOL: 03/15/01

2