United States District Court
Southern District of Texas
FILED

FEB 1 0 2003

Michael N. Milby
Clerk of Court

NO. 2002-10-3948-B

| | | |
|---|---|---|
| CATARINO CHAVEZ AND MARIA DEL ROSARIO CHAVEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MARCOS CHAVEZ, DECEASED | § § § § § § | IN THE DISTRICT COURT |
| | § | 138TH JUDICIAL DISTRICT |
| V. | § § § | B-03-003 |
| PAUL H. GONZALEZ AND L. FERNANDEZ TRUCKING | § § | OF CAMERON COUNTY, TEXAS |

### DEFENDANT'S/CROSS-PLAINTIFF'S
### FIRST AMENDED CROSS ACTION

B&L FERNANDEZ TRUCKING, hereinafter referred to as Cross-Plaintiff, files this its First Amended Cross-Action versus The Estate of CRISTOBAL RIVERA and the UNITED STATES OF AMERICA, hereinafter collectively referred to as Cross-Defendants, and in support thereof shows:

1.   The Estate of Cristobal Rivera and/or its representative are the representative for Cristobal Rivera, the driver of the vehicle in which Plaintiff was traveling at the time of this particular incident and may be served by serving the representative of the Estate of Cristobal Rivera at 9232 Valle Hermoso, Brownsville, Texas 78521.

2.   The UNITED STATES OF AMERICA may be served by serving a copy of the complaint to the Attorney General of the United States at the Attorney General's Washington office located in Washington, District of Columbia, and the UNITED STATES OF AMERICA shall be served by serving the United States Attorney for the Southern District of Texas at his office located at 1701 W. Bus. Hwy. 83, 8th Floor, McAllen, TX 78501, all to be served by Certified Mail, Return Receipt Requested.

3.   On or about March 15, 2001, at 7:15 a.m., Cristobal Rivera was operating a black 1992 Toyota Camry on FM 511 approximately one half mile north of State Highway 4 in Cameron County, Texas. At that time, Mr. Rivera, traveling at an unreasonably high rate of speed, entered an accident scene and struck a vehicle operated by Paul Gonzalez in the course and scope of his employment with B&L Fernandez Trucking. Immediately before the collision occurred, a representative of the UNITED STATES OF AMERICA, who had taken responsibility for directing traffic in the area, directed the vehicle owned by B&L Fernandez Trucking onto the active roadway

and through the intersection where the prior accident had occurred. Mr. Gonzalez, working in the course and scope of his employment with B&L Fernandez Trucking, and following the directions of law enforcement officers, proceeded into the intersection and was struck by the Camry who entered the intersection at an unreasonably high rate of speed and struck the B&L Fernandez Trucking vehicle in a head-on position. Pursuant to information and belief, it is believed that the Camry had been waved off by a Border Patrol Agent attempting to keep the Camry free of the intersection and that, despite that warning, the Camry entered the area where the accident had occurred and struck the vehicle owned by B&L Fernandez. Accordingly, and by reason of the fact that the B&L Fernandez which was led into the intersection by law enforcement staff working on behalf of the United States government regarding this matter, B&L Fernandez Trucking asserts that Cristobal Rivera, without question, was negligent in entering the intersection at a high rate of speed and when it was dangerous to have done so and that the UNITED STATES OF AMERICA, if it was negligent at all, was negligent in directing the B&L Fernandez truck into the area where the collision occurred in accordance with their obligations as law enforcement officers on the date of this incident.

4.   Consequently, and by reason of the above, Cross-Plaintiff asserts that Cross-Defendants were negligent in one or more of the following particulars, namely:

   a.   Cristobal Rivera – Mr. Rivera was negligent in entering the intersection at a high rate of speed and when it was unsafe to have done so and was further negligent in consuming alcoholic beverages and/or drugs or narcotics, thus impairing his ability to make appropriate judgments when operating his motor vehicle on the roadway where this incident occurred. By reason of Cross-Defendant Rivera's negligence, Cross-Plaintiff asserts that Cross-Defendant is responsible for his proportionate share of the liability with regard to this matter and/or, alternatively, that Cross-Defendant Rivera was solely responsible with regard to the cause of this particular accident.

   b.   UNITED STATES OF AMERICA – Cross-Plaintiff asserts that the UNITED STATES OF AMERICA was negligent, if at all, in directing the B&L Fernandez truck into the area where the accident occurred and in failing to verify that the intersection was free and clear of other traffic at the time the B&L Fernandez truck was directed into the intersection by the UNITED STATES OF AMERICA. Consequently, and by reason of the negligence of the UNITED STATES OF AMERICA agent responsible for directing traffic at this particular accident, the UNITED STATES OF AMERICA is responsible for its proportionate share of the liability with regard to this

matter.

5.      In accordance with all of the above, Cross-Plaintiff asserts that Cross-Defendants are responsible for their proportionate share of the liability, if any, with regard to this incident and that judgment should be rendered in favor of Cross-Plaintiff versus Cross-Defendants for their proportionate share of the liability in this particular case.

WHEREFORE, Cross-Plaintiff requests that the Court take note of the Cross-Plaintiff's First Amended Cross-Action versus Cross-Defendant Cristobal Rivera and the UNITED STATES OF AMERICA, and that upon final hearing that the Cross-Defendants be ordered to pay their proportionate share of the damages for which it is responsible regarding this case, that Cross-Plaintiff receive their taxable costs of Court and such other and further relief, at law or in equity, to which Cross-Plaintiff may be justly entitled.

Respectfully submitted,

CURNEY, GARCIA, FARMER,
PICKERING & HOUSE, P.C.
411 Heimer Road
San Antonio, TX 78232-4854
(210) 377-1990 (Telephone)
(210) 377-1065 (Facsimile)

_____
John M. Curney, Jr.
State Bar No. 05258600
Attorney for Defendant
**B & L Fernandez Trucking**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following by certified mail, return receipt requested, by FAX, by hand delivery, by regular mail or by Federal Express on the __5__ day of __February__, 2003.

C.M./R.R.R. 70012510000241690453

J. Michael Moore
GUERRA & MOORE, Ltd., L.L.P.
4201 North McColl Road
McAllen, Texas 78504

C.M./R.R.R. 70012510000241690316

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, Texas 78250

_____
John M. Curney, Jr.