IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CATARINO CHAVEZ ET AL, | * |
| | * |
| v. | *   CIVIL ACTION NO. B-03-003 |
| | * |
| PAUL H. GONZALEZ, ET AL, | * |

### UNITED STATES' UNOPPOSED MOTION FOR CONTINUANCE OF MAY 19, 2003 INITIAL PRETRIAL CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, moves this Court for a continuance of the May 19, 2003 initial pretrial conference scheduled in this cause. In support of this motion, the United States submits that counsel for the government is scheduled to attend a seminar in Columbia, South Carolina that week.

WHEREFORE, PREMISES CONSIDERED, the United States prays that this Court grant its motion for a continuance of the May 19, 2003 initial pretrial conference.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## STATEMENT OF CONSULTATION

On May 1, 2003, David Lumber, Counsel for the first party plaintiff, and John Curney, Jr., counsel for the cross-plaintiff, advised that they are not opposed to this motion.

NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing United States' Unopposed Motion for Continuance of May 19, 2003 Initial Pretrial Conference was mailed via certified mail, return receipt requested to the following:

J. Michael Moore
David J. Lumber
Attorney at Law
4201 N. McColl Road
McAllen, TX 78504

John M. Curney, Jr.
Attorney at Law
411 Heimer Road
San Antonio, TX 78232-4854

on this the 5th day of MAY, 2003.

NANCY L. MASSO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CATARINO CHAVEZ ET AL, | * |
| | * |
| v. | * CIVIL ACTION NO. B-03-003 |
| | * |
| PAUL H. GONZALEZ, ET AL, | * |

### ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR CONTINUANCE OF MAY 19, 2003 INITIAL PRETRIAL CONFERENCE

CAME ON to be heard the United States' unopposed motion for continuance of May 19, 2003 initial pretrial conference and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the initial pretrial conference presently scheduled for May 19, 2003 be continued to _____, 2003 at _____ a.m./p.m..

DONE on this the ___ day of _____, 2003 in Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge