/0

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 1 3 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CATARINO CHAVEZ ET AL, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. B-03-003 |
| | * | |
| PAUL H. GONZALEZ, ET AL, | * | |

### ORDER GRANTING UNITED STATES' UNOPPOSED MOTION
### FOR CONTINUANCE OF MAY 19, 2003 INITIAL PRETRIAL CONFERENCE

CAME ON to be heard the United States' unopposed motion for continuance of May 19, 2003 initial pretrial conference and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the initial pretrial conference presently scheduled for May 19, 2003 be continued to _June 2_, 2003 at _3:00_ a.m./p.m.

DONE on this the _12_ day of _May_, 2003 in Brownsville, Texas.

Felix Recio HILDA G. TAGLE
United States Magistrate Judge
District