IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CATARINO CHAVEZ and <br> MARIA DEL ROSARIO CHAVEZ, <br> Individually and as Representative of the <br> ESTATE OF MARCOS CHAVEZ, <br> Deceased, <br>   Plaintiffs, <br><br> vs. <br><br> PAUL H. GONZALEZ and <br> L. FERNANDEZ TRUCKING, <br>   Defendants, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br>   Third Party Defendant. | § § § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. B-03-003 |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   The meeting was held telephonically on May 13, 2003.
   David Lumber represented Plaintiff.
   John M. Curney, Jr., represented Defendant B & L Fernandez Trucking.
   Nancy L. Masso, Assistant United States Attorney represented Third Party Defendant United States of America

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

   None known.

3. Specify the allegations of federal jurisdiction.

   28 U. S. C. §2679
   28 U.S.C. §1331

---

Joint Discovery/Case Management Plan Under Rule 26(F)
Federal Rules Of Civil Procedure

Page 1

4.  Name the parties who disagree and the reasons.

    None

5.  List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

    None known.

6.  List anticipated interventions.

    None known.

7.  Describe class-action issues.

    Not applicable.

8.  State whether each party represents that it has been made the initial disclosures required by Rule 26 (a). If not, describe the arrangements that have been made to complete disclosures.

    Plaintiff served initial disclosures on November 8, 2002.
    Third Party Defendant, United States, will submit its disclosures to the other parties in this case by June 2, 2003.

9.  Describe the proposed agreed discovery control plan, including;

    A. Responses to all the matters raised in Rule 26(f).

    a.  changes in the timing or form of discovery: None.

    b.  subjects on which discovery may be needed:

    Plaintiff:
      Liability
      Damages
      Defendant's experts

    Defendant:
      Liability
      Damages
      Experts

        Third Party Defendant:
        Liability
        Damages
        Experts

    c.    when discovery should be completed: March 31, 2004.
        *Defendant B & L Fernandez Trucking estimates May 1, 2004

    d.    whether discovery should be conducted in phases: No.

    e.    changes in limitations on discovery: None.

    f.    any orders that should be entered under Fed. R. Civ. P. 26(c), 16(b) and 16 (c): None.

B. When and to whom plaintiff anticipates it may send interrogatories.

Plaintiff anticipates sending interrogatories to Defendant in June, 2003.

C. When and to whom the defendant anticipates it may send interrogatories.

Defendant anticipates sending interrogatories to Plaintiff in June 2003.
Third Party Defendant anticipates sending interrogatories to other parties by August 1, 2003

D. Of whom and by when the plaintiff anticipates taking oral depositions.

Fact Witnesses --- December 2003

Physicians/Experts --- January 2004

Defendant's experts --- February 2004
    * Defendant B & L Fernandez Trucking estimates March 2004

E. Of whom and by when the defendant anticipates taking oral depositions.

Plaintiff's representative, and any plaintiff's expert
Defendant anticipates taking depositions in late 2003
Third Party Defendant does not anticipate taking any additional depositions other than those listed by Plaintiff and Defendant.

F. List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

  Experts designated by Defendant. Plaintiff may take a videotaped trial deposition of a plaintiff's expert, depending upon the expert's availability for trial. Plaintiff anticipates taking the depositions in January, 2004.

 G. List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

  Experts designated by Plaintiff. Defendant anticipates taking the depositions in January, 2004.
  If necessary, Third Party Defendant anticipates taking their depositions in February, 2004 or March, 2004, depending upon the availability of experts reports.

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

 Not applicable

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

 Plaintiff and Defendant B&L Fernandez Trucking have both answered interrogatories and requests for production.

12. State the date the planned discovery can reasonably be completed.

 March 31, 2004.
 *Defendant B & L Fernandez Trucking estimates May 1, 2004.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

 The parties need to conduct more discovery before settlement discussions are appropriate.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

 The parties will revisit this issue following the completion of paper discovery.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

 A mediation following the completion of discovery may be worthwhile.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

The parties do not agree to trial before a magistrate.

17. State whether a jury demand has been made and if it was made on time.

    Plaintiff:                None.
    Defendant:           None
    Third Party Defendant:  Pursuant to 28 U.S.C. §2402, issues against the U.S. must be tried by the bench.

18. Specify the numbers of hours it will take to present the evidence in this case.

Plaintiffs and Third-Party Defendant estimate approximately thirty (30) hours. Defendant B & L Fernandez Trucking estimates trial will take approximately fifty-four (54) hours.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

None

20. List other pending motions.

None at this time.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

None at this time

22. List the names, bar numbers, addresses, and telephone numbers of all counsel.
Plaintiffs:
Attorney-in Charge
J. Michael Moore
Federal I.D. No.: 16942
Texas Bar No. 14349550
Of Counsel:
David J. Lumber
Federal I.D. No.: 22085
Texas Bar No. 24002504
**GUERRA & MOORE, LTD., L.L.P.**
4201 North McColl
McAllen, Texas 78504
Telephone: 956-618-3000
Telecopier: 956-686-4200

Defendants: (Paul H. Gonzalez and B&L Fernandez Trucking)

John M. Curney, Jr.
CURNEY, GARCIA, WISE & FARMER, P.C.
411 Heimer Road
San Antonio, Texas 78232-4854
Telephone: (210) 377-1990
Telecopier: (210) 377-1065

Third Party Defendant: (United States of America)

Nancy L. Masso
Federal I.D. No.: 10263
Texas Bar No. 00800490
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520
Telephone: (956) 548-2554
Telecopier: (956) 548-2549

_____  Dated: 5/23/03
Counsel for Plaintiffs

**\*\*Counsel for Defendant provided input into the contents of the report, but did not return a signature page for filing.\*\***

_____  Dated:_____
Counsel for Defendants

_____  Dated:_____
Counsel for Third Party Defendant

Defendants: (Paul H. Gonzalez and B&L Fernandez Trucking)

John M. Curney, Jr.
CURNEY, GARCIA, WISE & FARMER, P.C.
411 Heimer Road
San Antonio, Texas 78232-4854
Telephone: (210) 377-1990
Telecopier: (210) 377-1065

Third Party Defendant: (United States of America)

Nancy L. Masso
Federal I.D. No.: 10263
Texas Bar No. 00800490
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520
Telephone: (956) 548-2554
Telecopier: (956) 548-2549

_____          Dated: _____
Counsel for Plaintiffs

_____          Dated: _____
Counsel for Defendants

/s/                                     Dated: 5-13-03
Counsel for Third Party Defendant