# Civil Chamber Minutes

| | | |
|---|---|---|
| **Judge** | Hilda G. Tagle | |
| **Case Manager** | Stella Cavazos | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 0 2 2003<br>Michael N. Milby, Clerk of Court |
| **Law Clerk** | ■ Nicolas  ☐ Levesque | |
| **Date** | 6 / 02 / 03 | |
| **Time** | ☐ a.m.  2:50 p.m. — ☐ a.m.  3:10 p.m. | |
| **Civil Action** | B - 03 - 003 | |
| **Style** | Chavez, et al.<br>*versus*<br>Gonzalez, et al. | |

**Docket Entry**

(HGT) ■ Initial Pre-Trial Hearing - ■ Chamber Conference Held:

Attorney for Plaintiff:     Davis J. Lumber

Attorney for Defendant:   John Curney

Attorney for Cross Defendant: Nancy Masso

---

■ <u>Comments:</u>

1. Parties discussed nature of case.

2. Government represented that it could and most likely would file a dispositive motion within 60 days.

3. Government indicated that issues related to the Border Patrol cross-defendant are issues tried to the bench.

4. Potential dates for scheduling order discussed.

5. Scheduling order will be entered.