| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

CATARINO CHAVEZ, ET AL §

vs. § Civil Action No. B- 03-03

PAUL H. GONZALEZ, ET AL §

United States District Court
Southern District of Texas
ENTERED

JUN 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __5 - 8__ days.   ■ Bench (Govt.)  ■ Jury (Non-Govt. Parties)

2. New parties must be joined by:                                                    July 1, 2003
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    February 13, 2004

4. The defendant's experts must be named with a report furnished by:   March 15, 2004

5. Discovery must be completed by:                                                  March 31, 2004
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:                                           May 28, 2004

7. Joint pretrial order is due:                                                     July 23, 2004

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    August 5, 2004

9. Jury Selection is set for 9:00 a.m. on:                                         August 9, 2004
   *(The case will remain on standby until tried)*

Signed _June 27_, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge