```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS
          BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

FEB 1 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CATARINO CHAVEZ and<br>MARIA DEL ROSARIO CHAVEZ,<br>Individually and as Representative of the<br>ESTATE OF MARCOS CHAVEZ,<br>Deceased,<br>　　Plaintiffs,<br><br>VS.<br><br>PAUL H. GONZALEZ and<br>L. FERNANDEZ TRUCKING<br>　　Defendants | § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-003 |

## PLAINTIFFS' AND DEFENDANTS' STIPULATION TO EXTEND TIME TO DESIGNATE EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, CATARINO CHAVEZ and MARIA DEL ROSARIO CHAVEZ, Individually and as Representative of the ESTATE OF MARCOS CHAVEZ, Deceased, Plaintiffs, and B & L FERNANDEZ TRUCKING and PAUL GONZALEZ, Defendants, in the above-referenced matter and file the following Stipulation to Extend Time to Designate Experts:

1.　Pursuant to Fed. R. Civ. P. 29, Plaintiffs and Defendant stipulate that their respective deadlines within which to designate experts are extended by forty-five (45) days.

2.　Parties may modify discovery limitations, except those relating to deadlines for responses to requests for production, interrogatories, and/or requests for admissions, without the necessity of Court intervention.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants respectfully pray that the Court take notice of the parties' stipulation.

Respectfully submitted,

**GUERRA & MOORE, LTD., L.L.P.**
4201 North McColl Rd.
McAllen, Texas 78504
Telephone: 956-618-3000
Telecopier: 956-686-4200

BY: _____
J. Michael Moore
Federal I.D. No. 16942
David J. Lumber
Federal I.D. No. 22085

**ATTORNEYS FOR PLAINTIFFS**


**CURNEY, GARCIA, WISE & FARMER, P.C.**
411 Heimer Road
San Antonio, Texas 78232-4854
Telephone: (210) 377-1990
Telecopier: (210) 377-1065

BY: _____
John M. Curney, Jr.

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of ~~January~~ Feb, 2004, a true and correct copy of the above and foregoing instrument was forwarded via certified mail return receipt requested to the following:

John M. Curney, Jr.
**CURNEY, GARCIA, WISE & FARMER, P.C.**
411 Heimer Road
San Antonio, Texas 78232-4854

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520

David J. Lumber

**Plaintiffs' and Defendants' Stipulation to Extend Time to Designate Experts**    Page 3