IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CATARINO CHAVEZ and § | | |
| MARIA DEL ROSARIO CHAVEZ, § | | |
| Individually and as Representative of the § | | |
| ESTATE OF MARCOS CHAVEZ, § | | |
| Deceased, § | | |
|     Plaintiffs, § | | |
| § | | |
| VS. § | CIVIL ACTION NO. B-03-003 | |
| § | | |
| PAUL H. GONZALEZ and § | | |
| L. FERNANDEZ TRUCKING § | | |
|     Defendants § | | |

United States District Court
Southern District of Texas
FILED

MAR 1 8 2004

Michael N. Milby
Clerk of Court

### PLAINTIFFS', DEFENDANTS' and THIRD PARTY DEFENDANT'S JOINT MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, CATARINO CHAVEZ and MARIA DEL ROSARIO CHAVEZ, Individually and as Representative of the ESTATE OF MARCOS CHAVEZ, Deceased, Plaintiffs, B & L FERNANDEZ TRUCKING and PAUL GONZALEZ, Defendants, and UNITED STATES OF AMERICA, Third-Party Defendant, in the above-referenced matter and file the following Joint Motion for Continuance:

1.   This case is currently set for trial on August 9, 2004. Pursuant to Fed. R. Civ. P. 29, Plaintiffs and Defendants entered into a stipulation extending their respective deadlines within which to designate experts by forty-five (45) days. Thus, Plaintiffs' expert designation deadline is the end of March, 2004, and Defendants' expert designation deadline is the end of April.

2.   Due to scheduling difficulties, Plaintiffs have been unable to depose the Defendant driver and a corporate representative of the Defendant B & L Fernandez

Trucking, in spite of attempts at scheduling same. The border patrol agents with knowledge of this accident were only recently deposed on February 25, 2004.

3.  Plaintiffs and Defendants had subpoenaed all records from Texas DPS applicable to the accident at issue in this case through depositions upon written questions. The deposition transcripts from DPS included only the accident report. However, Andres Garcia, the DPS trooper investigating this accident, appeared for deposition on February 25, 2004 with an entirely new batch of records, drawings and calculations that none of the parties had ever seen before. Due to the technical nature of the documents, it was agreed on the record to excuse Trooper Garcia, collect the records, and re-convene the deposition at such time as the parties would have the benefit of their experts' help in understanding the material. Therefore, Trooper Garcia has not been deposed.

4.  Trooper Garcia's records also contained the names of Brownsville Fire Department employees who may have actually witnessed the accident at issue in this case. These names were also not provided by Texas DPS in the depositions upon written questions. Therefore, Plaintiffs and Defendants need time to determine if any of these Brownsville Fire Department employees were witnesses, and to depose them if they were. The records from Brownsville Fire Department have been ordered within the past week.

5.  In sum, there are numerous depositions of fact witnesses which need to be taken in order properly to prepare this case. Due to scheduling difficulties and the recent discovery of critical new information, said depositions have not occurred. The parties have been hampered in their abilities to retain and designate experts to provide reports

conforming to the requirements of Fed. R. Civ. P. 26 due to the lack of witness depositions and technical data from Texas DPS.

6. Plaintiffs, Defendants and Third-Party Defendant jointly move that the Court grant a continuance of approximately six (6) months to permit the additional discovery to take place, and that the Court adjust the deadlines for experts, discovery, and motions accordingly.

7. This continuance is not sought for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants respectfully pray that the Court take notice of the parties' stipulation.

Respectfully submitted,

GUERRA & MOORE, LTD., L.L.P.
4201 North McColl Rd.
McAllen, Texas 78504
Telephone: 956-618-3000
Telecopier: 956-686-4200

BY: _____
J. Michael Moore
Federal I.D. No. 16942
David J. Lumber
Federal I.D. No. 22085

**ATTORNEYS FOR PLAINTIFFS**

CURNEY, GARCIA, WISE & FARMER, P.C.
411 Heimer Road
San Antonio, Texas 78232-4854
Telephone: (210) 377-1990
Telecopier: (210) 377-1065

BY: _____ w/ permission
John M. Curney, Jr.

**ATTORNEY FOR DEFENDANTS**

MICHAEL T. SHELBY
UNITED STATES ATTORNEY
600 E. Harrison St., Suite 201
Brownsville, Texas 78520
Telephone: (956) 548-2554
Telecopier (956) 548-2549

By: /s/ Nancy Masso
Nancy Masso
Texas Bar No. 00800490
S.D. Tex. Bar No. 10263

ATTORNEY FOR THIRD-PARTY DEF.

## AFFIDAVIT OF DAVID J. LUMBER

STATE OF TEXAS §

COUNTY OF HIDALGO §

BEFORE ME, the undersigned authority, on this day personally appeared David J. Lumber, known by me to be the person whose name is subscribed to this Affidavit, and after having been by me first duly sworn, upon his oath, stated as follows:

"My name is David J. Lumber. I have never been adjudicated to be incompetent. I am over eighteen (18) years of age. I have never been convicted of a felony or crime involving moral turpitude. The facts stated in this Affidavit are based upon my own personal knowledge, and they are true.

I am an attorney licensed to practice law in the State of Texas, and have been continuously so licensed since 1997. I am also licensed to practice law in the United States District Court for the Southern District of Texas, and have been continuously so licensed since 1998. I have read the foregoing Joint Motion for Continuance and all facts therein stated are true. This motion is not sought for purposes of delay only, but so that justice may be done.

FURTHER YOUR AFFIANT SAYETH NAUGHT."

_____
David J. Lumber

Subscribed and sworn to before me on the _16th_ day of _March_, 2004, to certify which witness my hand and official seal.



_____
Notary Public, State of Texas

### CERTIFICATE OF SERVICE

I hereby certify that on the _16th_ day of _March_, 2004, a true and correct copy of the above and foregoing instrument was forwarded via certified mail return receipt requested to the following:

John M. Curney, Jr.
**CURNEY, GARCIA, WISE & FARMER, P.C.**
411 Heimer Road
San Antonio, Texas  78232-4854

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas  78520

_____
David J. Lumber