16

United States District Court
Southern District of Texas
ENTERED
APR 13 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CATARINO CHAVEZ, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-003 |
| | § | |
| PAUL H. GONZALEZ, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on April 13, 2004, the Court **GRANTED** the joint motion for continuance [Dkt. No. 15]. A revised scheduling order will be entered.

DONE at Brownsville, Texas, this 13th day of April 13, 2004.

Hilda G. Tagle
United States District Judge