| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

CATARINO CHAVEZ, ET AL            §

vs.                                §   Civil Action No. B- 03-03

PAUL H. GONZALEZ, ET AL           §

United States District Court
Southern District of Texas
ENTERED
APR 1 4 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# AMENDED
# SCHEDULING ORDER

1. Trial: Estimated time to try: __5 - 8__ days.     ■ Bench (Govt.)  ■ Jury (Non-Govt. Parties)

2. New parties must be joined by:                                    _____N/A_____
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   April 16, 2004

4. The defendant's experts must be named with a report furnished by:   April 30, 2004

5. Discovery must be completed by:                                   September 30, 2004
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:                             October 22, 2004

7. Joint pretrial order is due:                                      January 20, 2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  February 3, 2005

9. Jury Selection is set for 9:00 a.m. on:                           February 7, 2005
   *(The case will remain on standby until tried)*

Signed _____April 13_____, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge