

United States District Court
Southern District of Texas
FILED

APR 1 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CATARINO CHAVEZ AND MARIA § <br> DEL ROSARIO CHAVEZ, § <br> INDIVIDUALLY, AND AS § <br> REPRESENTATIVE OF THE ESTATE § <br> OF MARCOS CHAVEZ, DECEASED § <br> § <br> V. § <br> § <br> PAUL H. GONZALEZ AND B & L § <br> FERNANDEZ TRUCKING § | CIVIL ACTION B-03-003 |

### DEFENDANT'S SUPPLEMENTAL DESIGNATION OF FACT WITNESSES AND DESIGNATION OF EXPERTS

**B and L Fernandez Trucking**, hereinafter referred to as Defendant, files this its Supplemental Designation of Fact Witnesses and Designation of Experts as follows:

Betty and Lionel Fernandez
c/o Defendant's attorney

Paul H. Gonzalez
6141 Dock Berry Road
Brownsville, Texas 78521
(956) 504-2225

Andres Garcia, Jr., Badge No. 8678
c/o Texas Department of Public Safety
Highway Patrol
Brownsville Office
2901 Paredes
Brownsville, Texas
(956) 983-1920

The Custodian of Records for
Valley Regional Medical Center
100 E. Alton Gloor Blvd, #A
Brownsville, TX 78526
(956) 350-7000

The Custodian of Records for
Valley Baptist Medical Center
2101 Pease Street

Harlingen, TX 78550
(956) 389-1100

The Custodian of Records for
Brownsville EMS
600 E. Jackson
Brownsville, TX 78520
(956) 548-7012

The Custodian of Record for
U.S. Border Patrol
Brownsville, Texas/Cameron County office
2102 Teege Avenue
Harlingen, Texas

The Custodian of Records for
Brownsville Fire Department
1010 E. Adams Street
Brownsville, TX

Jaime Ruiz
Current address unknown

The Custodian of Records for
Fleet Pride
549 E. 14th Street, Suite A
Brownsville, TX

The Custodian of Records for
Nuga Diesel, Inc.
3300 E. 14th Street
Brownsville, TX 78521

**The Custodian of Records for**
**Brownsville Independent School District**
**1900 E. Price Road**
**Brownsville, Texas 78520**

**Custodian of Records**
**Justice of the Peace, Pct. 2, Place 2**
**974 East Harrison Street Office**
**Brownsville, Texas 78520**
**Autopsy report**

**Jimmy D. Thorp**
**Department of Homeland Security**
**Atlanta, Georgia**

       Humberto Eyzaguirre
       Fort Brown Border Patrol Station
       Brownsville, Texas

Designation of Experts

**SUPPLEMENTAL RESPONSE:**

**Randall Dodd**
**10231 Sulphur Stream Drive**
**Houston, Texas 77095**
Mr. Dodd is an accident reconstructionist who may give testimony concerning his opinions as to the causation issues regarding this accident. A copy of his report is attached hereto.

       Respectfully submitted,

       CURNEY, GARCIA, FARMER,
           PICKERING & HOUSE, P.C.
       411 Heimer Road
       San Antonio, TX 78232-4854
       (210) 377-1990 (Telephone)
       (210) 377-1065 (Facsimile)

       By: _____
         John M. Curney, Jr.
         State Bar No. 05258600
       ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following by certified mail, return receipt requested, by FAX, by hand delivery, by regular mail or by Federal Express on the 13 day of April, 2004.

C.M./R.R.R.

J. Michael Moore
David Lumber
GUERRA & MOORE, Ltd., L.L.P.
4201 North McColl Road
McAllen, Texas 78504

Michael T. Shelby
United States Attorney
Nancy L. Masso
Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, Texas 78250

_____
John M. Curney, Jr.