IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CATARINO CHAVEZ and<br>MARIA DEL ROSARIO CHAVEZ,<br>Individually and as Representative of the<br>ESTATE OF MARCOS CHAVEZ,<br>Deceased,<br>    Plaintiffs,<br><br>VS.<br><br>PAUL H. GONZALEZ and B& L<br>L. FERNANDEZ TRUCKING<br>    Defendants | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-003 |

## PLAINTIFFS' AND DEFENDANTS' STIPULATION TO EXTEND TIME TO DESIGNATE EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, CATARINO CHAVEZ and MARIA DEL ROSARIO CHAVEZ, Individually and as Representative of the ESTATE OF MARCOS CHAVEZ, Deceased, Plaintiffs, and B & L FERNANDEZ TRUCKING and PAUL GONZALEZ, Defendants, in the above-referenced matter and file the following Stipulation to Extend Time to Designate Experts:

1.    Pursuant to Fed. R. Civ. P. 29, Plaintiffs and Defendant stipulate that Plaintiffs' deadline for designation of experts shall be June 1, 2004, and Defendants' deadline for designation of experts shall be July 9, 2004.

2.    Parties may modify discovery limitations, except those relating to deadlines for responses to requests for production, interrogatories, and/or requests for admissions, without the necessity of Court intervention.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants respectfully pray that the Court take notice of the parties' stipulation.

Respectfully submitted,

**GUERRA & MOORE, LTD., L.L.P.**
4201 North McColl Rd.
McAllen, Texas 78504
Telephone: 956-618-3000
Telecopier: 956-686-4200

BY: _____
J. Michael Moore
Federal I.D. No. 16942
David J. Lumber
Federal I.D. No. 22085

**ATTORNEYS FOR PLAINTIFFS**


**CURNEY, GARCIA, WISE & FARMER, P.C.**
411 Heimer Road
San Antonio, Texas 78232-4854
Telephone: (210) 377-1990
Telecopier: (210) 377-1065

BY: _____
John M. Curney, Jr.

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April 2004, a true and correct copy of the above and foregoing instrument was forwarded via telecopier, first class U.S. mail and/or by certified mail return receipt requested to the following:

**Via Telecopier: 210-377-1065**
Mr. John M. Curney, Jr.
CURNEY, GARCIA, WISE & FARMER, P.C.
411 Heimer Road
San Antonio, Texas 78232-4854

**Via Telecopier: 956-548-2549**
Ms. Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520

_[signature]_
David J. Lumber