IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CATARINO CHAVEZ and § | |
| MARIA DEL ROSARIO CHAVEZ, § | |
| Individually and as Representative of the § | |
| ESTATE OF MARCOS CHAVEZ, § | |
| Deceased, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-003 |
| § | |
| PAUL H. GONZALEZ and § | |
| L. FERNANDEZ TRUCKING § | |
| § | |
| Defendants · § | |

## PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Catarino Chavez and Maria Del Rosario Chavez, Plaintiffs in the above-numbered cause and designate the following witnesses to testify at the trial of this matter:

### Retained Expert:

Steve Christoffersen
Verifact Corporation
402 Cadence Hill
San Antonio, TX 78258
210-523-5696
Steve Christoffersen may testify regarding accident reconstruction, physics, mathematics, geometry, calculation of vehicle speeds, interpretation of vehicle "black box" data and engineering. See the report of Steve Christoffersen for his opinions and mental impressions. Steve Christofferson's curriculum vitae is attached. Plaintiffs will tender Mr. Christoffersen for deposition as soon as is practicable for the parties.

**Non-retained Experts:**

The Custodian of Records for
Brownsville EMS
600 E. Jackson
Brownsville, Texas 78520
956-548-7012
The Custodian of Records may testify concerning reasonableness and necessity of charges, and/or records kept in the ordinary course of business.

Custodian of Records for
U.S. Border Patrol
2102 Teege Avenue
Harlingen, Texas 78550
The Custodian of Records may testify concerning records kept in the ordinary course of business.

Andres Garcia, Jr., Badge No. 8678
DPS Trooper
Texas Department of Public Safety
1630 N. 77 Sunshine Strip
Harlingen, Texas 78550
Andres Garcia, Jr. may testify concerning accident scene investigation, accident scene reconstruction, accident measurements and diagrams, trauma observed in Marcos Chavez at scene of accident, education and experience with accident reconstruction, knowledge of Texas traffic laws.

Hon. Oscar Tullos
County Justice of the Peace
Precinct No. 2 Place 2
974 East Harrison, Street Ofc.
Brownsville, Texas 78520
The Honorable Judge Oscar Tullos may testify concerning the pronouncement of death.

Margie W. Cornwell, M.D.
Arnold Argullin
Pathology
P.O. Drawer 2588
Harlingen, Texas 78551
Dr. Margie W. Cornwell and Arnold Argullin may testify concerning science, medical science, biology, pathology, forensic pathology, cause of death, and autopsies performed.

Alberto M. Vega
Trevino Funeral Home
1355 Old Port Isabel Rd.
Brownsville, Texas 78521
956-542-2583
Alberto M. Vega may testify concerning reasonableness and necessity of charges, and records kept in the ordinary course of business.

Roselawn Cemetery
Brownsville, Texas 78550

The Custodian of Records for
Brownsville Independent School District
1900 E. Price Road
Brownsville, Texas 78520
The Custodian of Records may testify concerning records kept in the ordinary course of business.

Mark M. Milam
Criselda Valdez
Valley Freedom Newspapers
Valley Morning Star
1310 South Commerce Street
Harlingen, Texas 78550
956-430-6200
Mark M. Milam and Criselda Valdez may testify concerning records kept in the ordinary course of business.

The Custodian of Records of
Valley Regional Medical Center
Radiology
8101 W. Sam Houston Parkway South, Ste. 100
Houston, Texas 77072
The Custodian of Records may testify concerning records kept in the ordinary course of business and/or reasonableness and necessity of charges for medical care rendered.

The Custodian of Records of
Valley Baptist Medical Center
2101 Pease Street
Harlingen, Texas 78550
956-389-1100
The Custodian of Records may testify concerning records kept in the ordinary course of business and/or reasonableness and necessity of charges for medical care rendered.

Dominique Michel Vande Maele, M.D.
Wiliam J. Elkins, M.D.
Valley Baptist Medical Center
2101 Pease Street
Harlingen, Texas 78550
956-389-1100
Doctors Dominique Michel Vande Maele and Wiliam J. Elkins may testify concerning science, biology, medical science, care and treatment provided to Marcos Chavez, diagnostic testing, reasonableness and necessity of treatment, causation between the accident made the basis of this case and Marcos Chavez' injuries and death, reasonableness and necessity of charges for medical care rendered to Marcos Chavez, and physical conditions of Marcos Chavez. The opinions of Doctors Vande Maele and Elkins are reflected in their medical records and reports.

The Custodian of Records for
Fleet Pride
549 E. 14th Street, Suite A
Brownsville, Texas 78520
This witness was designated by Defendant.

The Custodian of Records for
Nuga Diesel, Inc.
3300 E. 14th Street
Brownsville, Texas 78520
This witness was designated by Defendant


**Cross-Designation:**

Randall Dodd
10231 Sulphur Stream Drive
Houston, Texas 77095
Plaintiff reserves the right to call Defendants' designated expert concerning all matters identified in Defendant's Designation of Experts and/or report.

Respectfully submitted,

**GUERRA & MOORE, LTD., L.L.P.**
4201 North McColl Rd.
McAllen, Texas 78504
Telephone: (956) 618-3000
Telecopier: (956) 686-4200

By: _____
J. Michael Moore
State Bar No.: 14349550
S.D. Tex. Bar. No. 16942
David J. Lumber
State Bar No.: 24002504
S.D. Tex. Bar. No. 22085

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

A true copy of this instrument was served upon all counsel of record, in accordance with the Federal Rules of Civil Procedure, on the ___ day of June, 2004.

| | |
|---|---|
| John M. Curney, Jr.<br>CURNEY, GARCIA, FARMER,<br>PICKERING & HOUSE, P.C.<br>411 Heimer Road<br>San Antonio, Texas 78232-4854<br>*Via cm/rrr no.: 7002 2410 0005 3158 7579* | Michael T. Shelby, U.S. Attorney<br>Nancy L. Masso, Asst. U.S. Attorney<br>600 E. Harrison Street, #201<br>Brownsville, Texas 78520<br>*via cm/rrr no.: 7002 2410 0005 3158 7586* |

_____
David J. Lumber, Of Counsel

MAY-28-2004-FRI 02:79 PM    P.002



**VERIFACT CORPORATION**

**ACCIDENT AND FAILURE ANALYSIS**

11220 W. FM 1604 N. • SAN ANTONIO, TEXAS • 78250
FAX 210.523.5694 • mailbox@verifactcorp.com
210.523.5696

May 28, 2004

Mr. David J. Lumber
Guerra & Moore, Ltd., L.L.P.
4201 N. McColl Road
McAllen, TX 78504

Subject:   Civil Action No. : B-03-003 ;
           Catarino Chavez, et al v. Paul H. Gonzalez, et al
           Your File :  01-150

Dear Mr. Lumber:

Pursuant to your instructions, we have conducted an investigation and analysis relative to an accident, which occurred on March 15, 2001 at 7:15 am on FM 511, just north of Brownsville, Texas. The purpose of the analysis is to review the client supplied materials and offer preliminary observations relative to accident reconstruction.

Initially contacted by your office on May 13, 2004, we were advised of the circumstances surrounding the subject accident. Subsequent to this initial conversation the following items were supplied for our review:

- Copy of Texas Peace Officer's Accident Report completed by Andres Garcia, Jr., badge no. 8678, of the Texas Department of Public Safety Highway Patrol.


Mr. David Lumber
Page 2 of 7
May 28, 2004

- Copy of oral deposition of Trooper Andres Garcia, Jr., of the Texas Department of Public Safety Highway Patrol, to include exhibit 1 which is trooper Garcia's investigation file of the subject three vehicle collision.

- Copy of oral deposition of Agent Jimmy D. Throp of the United States Border Patrol.

- Copy of oral deposition of Agent Humberto Eyzaguirre of the United States Border Patrol.

- Copy of preliminary report of findings of Randall B. Dodd to include twenty-two (22) 8 ½ x 11 pages containing forty-three (43) ea. black and white photocopies of pictures depicting the accident site, subject 1992 Toyota Camry and subject 1979 International Cabover Truck Tractor and dump truck semi-trailer.

- Thirty-nine (39) 8 ½ x 11 pages containing One hundred thirty-three (133) ea. color photocopies of pictures depicting the accident scene.

- Copies of witness statements of George Mark Jadue, Imelda Barron Cavazos, Humberto Eyzaguirre, Fernando Gonzalez, Eduardo Buyo, Jimmy Thorpe, Rosie Mendoza, Charles Gantt (all of the United States Border Patrol), Juan Montoya, William Walker (witness to both collisions), Juan Jose Lopez (Fire Department), Rene Rivera, Terry L. Voyles (Tractor Trailer driver relative to the 1st collision), Paul Henry Gonzalez (tractor trailer driver relative to the 2nd collision). Note that these statements were included in exhibit 1 of Andres Garcia, Jr. deposition transcript.


VERIFACT CORPORATION

Mr. David Lumber
Page 3 of 7
May 28, 2004

- One (1) ea. 3 ½" computer disk containing nine (9) ea. color digital images of the accident scene (one of which is corrupted on the disk).

- One (1) ea. CDROM containing a video clip, 1:06 (one minute six seconds) in length, of the accident scene.

- Copy of Defendant's Answers to Interrogatories and Responses to Request for Production Propounded by Plaintiff.

- Copy of Defendant's Response to Plaintiffs' Request for Disclosure.

- Copy of Defendant's Supplemental Designation of Fact Witnesses and Designation of Experts.

From materials supplied and the investigation conducted, it was reported that a 1992 Toyota Camry driven by Christobal Rivera with passenger Marcos Chavez was traveling southbound on FM511 just north of Brownsville, TX. At the same time, a 1979 International Cabover truck tractor pulling a 1980 Lufkin dump truck semi-trailer, driven by Paul Gonzalez was traveling northbound on FM 511 in the same general area. Both Mr. Rivera and Mr. Gonzalez were approaching the scene of a pre-existing, two vehicle, collision that occurred between a 1990 Ford Escort driven by Ismael Garcia and a 1997 International Conventional truck tractor pulling a 1996 Goan semi-trailer driven by Terry Voyles. The Ford Escort, at its point of rest, was mostly on the gravel shoulder of the northbound lane with its left front corner partially obscuring the lane. By the time Mr. Rivera and Mr. Gonzalez approached the scene of the pre-existing collision, Mr. Voyles had already moved his vehicle and parked it partially on the northbound lane and partially on the northbound shoulder.


VERIFACT CORPORATION

Mr. David Lumber
Page 4 of 7
May 28, 2004

Upon arriving at the pre-existing, two vehicle, collision, Mr. Gonzalez brought his vehicle to a stop at the direction of U.S. Border Patrol Agent Jimmy Thorp. Time of day was 7:15 a.m. and weather conditions were fog with a wet asphalt road surface. Upon receiving a signal from Agent Thorp to proceed, Mr. Gonzalez steered his vehicle into the on-coming southbound lane around the stationary Ford Escort vehicle from the pre-existing collision. While traveling northbound in the southbound lane, Mr. Gonzalez' vehicle collided head-on with the 1992 Toyota Camry. After that initial collision, Mr. Gonzalez' vehicle continued traveling forward and to the right until it contacted the right side of a fire truck that was facing southbound and parked mostly on the shoulder adjacent to the northbound lane of travel.

Materials reviewed in addition to the previously mentioned items include:

- Standard Plans from Texas Department of Transportation, Typical Standard Pavement Markings, PM (1)-95.

- Canadian Vehicle Specifications for a 1990 Ford Escort and a 1992 Toyota Camry.

Analysis completed to date, which includes review of the client supplied materials and preliminary accident reconstruction analysis based on the reviewed materials, reveals the following observations:

- According to the statements reviewed, at the time that Mr. Rivera was proceeding southbound toward the scene of the first collision, there were no emergency personnel flagging traffic and/or other indication or forewarning of upcoming irregularities on the roadway for southbound traffic as he approached the area.



Mr. David Lumber
Page 5 of 7
May 28, 2004

- According to witness statements reviewed, weather conditions and density of the fog caused other motorists to drive at a speed of 40 to 45 mph (reduced from the 55 mph speed limit of the roadway).

- From Mr. Dodd's Preliminary Report of Findings dated April 13, 2001, he concluded that the speed of Mr. Rivera's vehicle was between 30 and 40 mph.

- Trooper Garcia did not document any pre-impact skid marks for Mr. Rivera's vehicle (while at the same time, he did document pre-impact skid marks for the Ford Escort of the first collision). Also, Mr. Dodd did not observe any pre-impact tire marks for the 1992 Toyota Camry during his inspection of the accident site on March 29, 2001.

- Based on the above comments Mr. Rivera, at the time of collision with Mr. Gonzalez' vehicle, was traveling at a practical speed for the weather conditions, consistent with other motorists at the same time of the same day.

- Based on photographic analysis of vehicle positions at the accident scene, it is apparent that the Ford Escort was obscuring approximately 3.75 feet of the northbound land. Farther north, the fire truck was obscuring up to approximately 2 feet of the northbound lane. Farther north yet, the Blue International tractor-trailer was obscuring approximately 5 feet of the northbound lane.



VERIFACT CORPORATION

Mr. David Lumber
Page 6 of 7
May 28, 2004

- Based on photographic analysis of the photocopies of Mr. Dodd's accident site inspection, it is apparent that gouge marks from the undercarriage of Mr. Rivera's vehicle place him roughly centered in his southbound lane of travel at the point of impact with Mr. Gonzalez' vehicle.

- Based on the debris field apparent in scene photographs, roadway gouge marks photographed by Mr. Dodd and relative vehicle-to-vehicle position at impact from contact damage observation, Mr. Gonzalez, proceeding northbound on FM 511, most probably drove his vehicle completely into the southbound lane as he moved around the Ford Escort that was partially obscuring the northbound lane.

- Mr. Gonzalez could have minimized his excursion into the oncoming lane of travel to a maximum of three (3) feet while still giving himself at least two (2) feet of clearance with the vehicles partially obscuring his lane of travel. This action would have mitigated and/or eliminated the risk of a head-on collision with unseen on-coming vehicular traffic based on the foggy weather conditions at the time.

The information contained in this preliminary report is based only upon materials reviewed to date. Verifact Corporation has not yet had the opportunity to inspect the vehicles or accident site in this matter. Therefore, the observations are to be treated as preliminary in nature and I will not be able to represent them as opinions in a deposition or in a court until such time as I am able to personally inspect and document the vehicles and accident site relative to this subject matter, review additional pertinent items such as, but



Mr. David Lumber
Page 7 of 7
May 28, 2004

not limited to, accident site and vehicle inspection notes, measurements and original photographs, and conduct an independent accident reconstruction analysis. Finally, if additional relevant materials or facts become available, the above observations may be subject to change.

During the past four years, I have not testified in deposition or trial.

If you have any questions or comments, please do not hesitate to contact me.

Sincerely,

VERIFACT CORPORATION

Steven R. Christoffersen, P.E.



SRC:bg

04-150-RP



**VERIFACT CORPORATION**

ACCIDENT AND FAILURE ANALYSIS

11220 W. FM 1604 N. • SAN ANTONIO, TEXAS • 78250
FAX 210.523.5694 • mailbox@verifactcorp.com
210.523.5696

## STEVEN R. CHRISTOFFERSEN, P.E.

**EXPERIENCE**

August 2003 – Present     Consultant To - **VERIFACT CORPORATION** – San Antonio, Texas

Conduct technical investigations in the areas of accident reconstruction, mechanical failure analysis, product liability investigation, vehicle inspection, fire causation, component testing, safety analysis and equipment design. Services rendered include investigation analysis, technical consultation, photographic documentation, evidence preservation, engineering reports, standards and literature research, and courtroom exhibits. Provide expert testimony in deposition and trial settings.

2002 – Present     **LOGICOR, L.L.C.**, San Antonio, Texas

**Member** - Logicor, L.L.C. is a consulting firm engaged in mechanical engineering design of products. Responsibilities include industry and technical research, market research, need analysis, product specification, conceptualization, calculation and analysis, computer aided design, prototyping, life cycle and performance testing, design for manufacture tooling, marketing, technical presentations. Partial list of projects: Design review – Valcor Valve, Next generation iFountain electronics – Manufacturing, service and remanufacturing, Cup lid dispenser, All purpose wrench, Mechanically refrigerated pre-chill carbonator, Drop-in cold plate test fixtures, iFountain IBD redesign, Flavor shot retrofit, Ice machine to IBD adapter, Adaptive carbonation regulator, Bag-in-Box Syrup sold out

| | |
|---|---|
| 1997 – 2002 | **LANCER CORPORATION**, San Antonio, Texas |
| (5/00 through 7/02) | **Director of Engineering** |
| (7/99 through 5/00) | **Product Manager – All Valves** |
| (4/98 through 7/99) | **Product Manager – Volumetric Valves** |
| (7/97 through 4/98) | **Project Engineer** |

Lancer Corporation designs and manufactures dispensing equipment for the soft drink industry, generating annual sales of approximately $120 million. My specific involvement was design engineering and technical manufacturing support for post-mix dispensing valves. Annual valve production is approximately 750,000 units. Partial list of design projects: LFCV (Lancer Flow Control Valve), Pioneer Project, 600 Dispenser, Next generation valve, LEV Paddle arm, Sure-fill enhancements, Portion control phantom pour, 4.5 LEV nozzle, Volumetric Valve armature, Volumetric Valve coil corrosion failures, Volumetric Valve syrup purge switch, Portion control firmware redesign, Sure-fill conductive bonnet.

**Design activities conducted:** Calculation and analysis, Computer Aided Design, Prototypes, Lab testing and design iteration, Design of Experiments, Root cause analysis, FMEA, Test specification and design, Life cycle testing, Data acquisition and data analysis, Preparation of Engineering reports, Preparation of ECN packages, Interface with other company disciplines for product release, Interface with suppliers for design, planning and release, Customer interface and support, Technical presentations.

**Lancer Corporation, Integrated Product Team:** Served as the Integrated Product Team (IPT) leader for Lancer's valve product lines. Assembled an IPT in July 1999 to manage the way through major field reliability issues with the company's flagship valve, the LEV. Designed, tested and implemented into production solutions to four major field reliability issues. Assembled a cross functional group to improve manufacturing yields and throughput for the Volumetric Valve. The actions of this group improved sporadic valve yields, varying from 30% to 70 % to become consistent, above 90%, within 6 months.



| 1988-1990 & 1991-1997 | **VERIFACT CORPORATION**, San Antonio, Texas |
|---|---|
| | **Project Engineer** - Conducted technical investigations in the areas of mechanical failure analysis, accident reconstruction, fire causation, and safety analysis. Conducted and managed test procedures relative to failure analysis investigations. Conducted technical research. Produced demonstrative video products including computer animation and scale model stop frame animation. Provided expert testimony in deposition and trial settings. Supervised the efforts of engineering technicians and summer engineering interns. |
| 1994 | **Swefinger Enterprises**, San Antonio, Texas |
| | Start up company focused on hand fabricated metal products. Gained experience related to start up of a small business. Gained experience in the area of sales and marketing. Designed and built a template cut torch table to cut multiple pieces per set up |
| 1990-1991 | **Hayden Trans-Tool**, San Antonio, Texas |
| | **Design Engineer** - Provided engineering design services for a manufacturing company involved in the design, manufacture and sale of automotive repair shop equipment and specialty hand tools. Duties were focused on machine shop and sheet metal products, welding fabrication, electrical control, and assembly. Responsible for all phases of new product development, existing product enhancement, prototyping, testing and evaluation. |
| Summers 1984-1987 | **Abbott Laboratories**, North Chicago, IL |
| | **Electrician** - (College summer employment) Industrial electrical construction projects. Installed rigid and thin wall conduit, pulled wires and/or cables, and made terminations. Installed coaxial computer cable and made terminations. Wired electrical control circuits utilizing various components such as motor starters, relays, time delay relays, contact blocks, auxiliary contacts, etc. Performed preventive maintenance procedures on various office and industrial electrical equipment. |



| | | |
|---|---|---|
| Summer | 1983 | **Engineer Technician** - (College summer employment) Worked within an engineering group (Hospital Products – Device Engineering) involved in new product design and automated assembly for high volume products. Responsibilities focused on injection molded components to include drafting, design enhancement, fatigue testing, and dimensional verification. |
| Summers | 1982-1983 | **Lake Villa Grade School**, Lake Villa, IL |
| | | **Mechanic** - Assisted head mechanic in truck and automobile repair and maintenance. Gained experience in general automotive troubleshooting and repair, engine and transmission overhaul, brake system diagnosis and repair, and electrical system diagnosis and repair. |

## EDUCATION

**Iowa State University**, Ames, Iowa, 1988
Bachelor of Science - Mechanical Engineering,

**College of Lake County**, Grayslake, Illinois
Automotive Technology, (Three Semesters): Automotive Electrical Systems, Engine/Transmission/Driveline Diagnosis and Rebuilding, Braking and Alignment, 1982-1983

## REGISTRATION

Professional Engineer, State of Texas, 1993, No. 77117
Certified by the National Council of Engineering Examiners.

## PATENT

US Patent No. 6,588,727; Electric Dispensing Valve Including Improved Paddle Arm; July 8, 2003



## PUBLICATION LIST

"Energy Supply and Time Dependence on Filament Deformation," Society of Automotive Engineers (SAE) Technical Paper 970945, February 1997.

"Deceleration Factors on Off-Road Surfaces Applicable for Accident Reconstruction," Society of Automotive Engineers (SAE) Technical Paper 950139, February 1995.

"Tire-Roadway Friction Coefficients on Concrete and Asphalt Surfaces Applicable to Accident Reconstruction," Society of Automotive Engineers (SAE) Technical Paper 900103, February 1990.

## TECHNICAL PRESENTATIONS

"Energy Supply and Time Dependence on Filament Deformation," Society of Automotive Engineers, 1997 International Congress and Exposition, Detroit, Michigan, February 1997.

"Deceleration Factors on Off-Road Surfaces Applicable for Accident Reconstruction," Society of Automotive Engineers, 1995

"Tire-Roadway Friction Coefficients on Concrete and Asphalt Surfaces Applicable for Accident Reconstruction," Society of Automotive Engineers, 1990 International Congress & Exposition, Detroit, Michigan. February, 1990.

## CONTINUING EDUCATION

**2000** Southern Polytechnic State University, The Coca-Cola Company,
Atlanta, Georgia, Root Cause Analysis (8 Hours)

**2000** DuPont Plastics, Lancer Corporation, San Antonio, Texas
Designing Plastic parts, processing plastic parts (12 Hours)

**1999** Minnesota Rubber, Lancer Corporation, San Antonio, Texas
Designing Rubber Parts (8 Hours)



**1998 Ticona Plastics, Lancer Corporation,** San Antonio, Texas
Designing Plastic parts (8 Hours)

**1997 Texas A&M University,** Riverside Campus, Houston, Texas
Commercial Vehicle Inspection and Accident Investigation (40 Hours)

**1997 Computers Made Simple,** San Antonio, Texas
Web Page Authoring and HTML programming (8 Hours)

**1995 Association for the Advancement of Automotive Medicine,** Chicago, Illinois
Biomechanics of Impact Trauma (16 Hours)

**1993 The University of Texas San Antonio,** San Antonio, Texas
Finite Element Applications in Engineering Elasticity (One Semester)

**1993 Dale Carnegie and Associates, Inc.,** San Antonio, Texas
The Dale Carnegie Course

**1992 San Antonio College,** San Antonio, Texas
Fundamentals of AutoCAD and 3-Dimensional AutoCAD (One Semester)

**1992 BH$_2$VK Crash Testing,** San Bernardino, California
Vehicle Crash Testing (20 Hours)

**1992 University of Michigan,** Ann Arbor, Michigan
Mechanics of Heavy Duty Trucks and Truck Combinations (40 Hours)

**1992 Society of Automotive Engineers Technical Highlight Symposium,** Dearborn, Michigan
Overview of Vehicle Dynamics Before and After a Collision (16 Hours)

**1991 University of Texas San Antonio,** San Antonio, Texas
General Studies: Business Law, Managerial Accounting (One Semester)

**1990 Lee S. Cole and Associates,** Arlington, Texas
Investigation of Vehicle Fires (24 Hours)



**1990 Engineering Dynamics Corporation**, Houston, Texas
Computer Aided Accident Reconstruction with EDCRASH (40 Hours)

**1989 University of North Florida**, Institute of Police Technology and Management,
Jacksonville, Florida
Advanced Traffic Accident Investigation (80 Hours)

