United States District Court
Southern District of Texas
FILED

JUN 0 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CATARINO CHAVEZ and <br> MARIA DEL ROSARIO CHAVEZ, <br> Individually and as Representative of the <br> ESTATE OF MARCOS CHAVEZ, <br> Deceased, <br>     Plaintiffs, <br><br> vs. <br><br> PAUL H. GONZALEZ and <br> B & L. FERNANDEZ TRUCKING, <br>     Defendants, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br>     Third Party Defendant. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-003 |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS'
FIRST AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Catarino Chavez and Maria del Rosario Chavez, Plaintiffs, and file this Motion for Leave to File Plaintiff's First Amended Complaint, and would respectfully show to the Court as follows:

1. This case was originally filed in state court. Third Party Defendant United States of America subsequently removed this case. Plaintiffs are still proceeding under their original state court pleadings.

2. Plaintiffs wish to amend their pleadings in conformity with acts and/or omissions discussed in the report of their expert, which was recently produced. *See e.g. Sweetheart Plastics, Inc. v. Detroit Forming, Inc.*, 743 F.2d 1039, 1044-45 (4th Cir. 1984) (court abused discretion by denying amendment to pleadings

when evidence was discovered shortly before trial); *Forstmann v. Culp,* 114 F.R.D. 83, 86 n.1 (M.D.N.C. 1987)(a party has good cause for modifying the scheduling order when it uncovers facts during discovery to support an additional cause of action).

3.　Plaintiffs move that the Court grant leave to file Plaintiff's First Amended Complaint, which is being filed concurrently with the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that the Court grant the relief herein sought, and that this Court grant Plaintiffs such other and further relief, at law and in equity, to which Plaintiffs may show themselves justly entitled.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**GUERRA & MOORE, LTD., L.L.P.**
　　　　　　　　　　　　　　　　4201 North McColl
　　　　　　　　　　　　　　　　McAllen, Texas 78504
　　　　　　　　　　　　　　　　Telephone: (956) 618-3000
　　　　　　　　　　　　　　　　Telecopier: (956) 686-4200

　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　J. MICHAEL MOORE
　　　　　　　　　　　　　　　　State Bar No. 14349550
　　　　　　　　　　　　　　　　Federal I.D. No.:
　　　　　　　　　　　　　　　　DAVID J. LUMBER
　　　　　　　　　　　　　　　　State Bar No. 24002504
　　　　　　　　　　　　　　　　Federal I.D. No.: 22085


## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2004, a true and correct copy of the above and foregoing instrument was forwarded via certified mail return receipt requested to the following:

John M. Curney, Jr.
CURNEY, GARCIA, WISE & FARMER, P.C.
411 Heimer Road
San Antonio, Texas 78232-4854

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520

_____
David J. Lumber

## CERTIFICATE OF CONFERENCE

On the 7th day of June 2004, the attorneys of record made a good faith effort to resolve this cause without court intervention and the motion is UNOPPOSED. I certify that a reasonable effort was made to resolve the dispute without the necessity of court intervention pursuant to S.D. Tex. Local R. 7.1D.

_____
David J. Lumber