IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CATARINO CHAVEZ and <br> MARIA DEL ROSARIO CHAVEZ, <br> Individually and as Representative of the <br> ESTATE OF MARCOS CHAVEZ, <br> Deceased, <br> Plaintiffs, <br><br> vs. <br><br> PAUL H. GONZALEZ and <br> B & L. FERNANDEZ TRUCKING, <br> Defendants, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br> Third Party Defendant. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-003 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

BEFORE the Court is Plaintiff's Motion for Leave to File First Amended Complaint and it appearing to the Court that the motion ought to be GRANTED.

IT IS HEREBY ORDERED THAT Plaintiff is granted leave to file Plaintiff's First Amended Complaint.

Signed on the 10th day of June, 2004, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

Please forward copies to:

Mr. J. Michael Moore / Mr. David J. Lumber, Guerra & Moore, Ltd., L.L.P., 4201 N. McColl, McAllen, Texas 78504
John M. Curney, Jr., CURNEY, GARCIA, WISE & FARMER, P.C., 411 Heimer Road, San Antonio, Texas 78232-4854
Nancy L. Masso, Assistant United States Attorney, 600 E. Harrison St. #201, Brownsville, Texas 78520

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED
COMPLAINT—Page 4
(01-050)