24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CATARINO CHAVEZ AND MARIA DEL ROSARIO CHAVEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MARCOS CHAVEZ, DECEASED,<br>  Plaintiffs | § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-003 |
| PAUL H. GONZALEZ AND B & L FERNANDEZ TRUCKING,<br>  Defendants, | § § § § | |
| VS. | § § | |
| UNITED STATES OF AMERICA,<br>  Third Party Defendant. | § § § | |

### NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF ANDRES GARCIA, JR.

TO:   Andres Garcia, Jr.
      Texas Department of Public Safety
      1630 N. 77 Sunshine Strip
      Harlingen, Texas  78550

**PLEASE TAKE NOTICE** that at the time and place hereafter indicated, and continuing thereafter from day to day until completed, pursuant to the Texas Rules of Civil Procedure the oral deposition of the following witness will be taken:

**ANDRES GARCIA, JR.**

The time and place of the deposition are as follows:

1.   The deposition will be taken on the **3rd** day of **September, 2004**, at **1:00 p.m.** and continuing thereafter from day to day until completed.

2.   The place of the deposition is:

**GUERRA & MOORE, Ltd., L.L.P.**
4201 North McColl Road
McAllen, Texas 78504
(956) 618-3000

The court reporter and will be provided by:

**Compex Legal Services**
3300 Nacogdoches Road, Suite 220
San Antonio, TX 78217
Telephone (210) 646-6424
Facsimile (210) 946-6267

All counsel of record are invited to attend and cross-examine.

> Respectfully submitted,
>
> **CURNEY, GARCIA, FARMER,
> PICKERING & HOUSE, P.C.**
> 411 Heimer Road
> San Antonio, TX 78232-4854
> (210) 377-1990 (Telephone)
> (210) 377-1065 (Facsimile)
>
> _____
> John M. Curney, Jr.
> State Bar No. 05258600
>
> **Attorney for Defendant
> B & L Fernandez Trucking**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following by certified mail, return receipt requested, by FAX, by hand delivery, by regular mail or by Federal Express on the 29th day of July, 2004.

**CM/RRR**
J. Michael Moore
David Lumber
GUERRA & MOORE, Ltd., L.L.P.
4201 North McColl Road
McAllen, Texas 78504

**CM/RRR**
Michael T. Shelby
United States Attorney
Nancy L. Masso
Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, Texas 78250

_____
John M. Curney, Jr.