UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CATARINO CHAVEZ AND MARIA DEL ROSARIO CHAVEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MARCOS CHAVEZ, DECEASED, Plaintiffs <br><br> VS. <br><br> PAUL H. GONZALEZ AND B & L FERNANDEZ TRUCKING, Defendants, <br><br> VS. <br><br> UNITED STATES OF AMERICA, Third Party Defendant. | § § § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. B-03-003 |

United States District Court
Southern District of Texas
FILED
AUG 0 2 2004
Michael N. Milby
Clerk of Court

### NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF STEVEN R. CHRISTOFFERSEN, P.E.

TO: Steven R. Christofferson, P.E.
By and Through Plaintiffs' Attorneys of Record,
J. Michael Moore
David Lumber
GUERRA & MOORE, Ltd., L.L.P.
4201 North McColl Road
McAllen, Texas 78504

**PLEASE TAKE NOTICE** that at the time and place hereafter indicated, and continuing thereafter from day to day until completed, pursuant to the Texas Rules of Civil Procedure the oral deposition of the following witness will be taken:

STEVEN R. CHRISTOFFERSEN, P.E.

The time and place of the deposition are as follows:

1. The deposition will be taken on the 3rd day of **September, 2004, at 10:00 a.m.** and continuing thereafter from day to day until completed.

2. The place of the deposition is:

> GUERRA & MOORE, Ltd., L.L.P.
> 4201 North McColl Road
> McAllen, Texas 78504
> (956) 618-3000

The court reporter and will be provided by:

> Compex Legal Services
> 3300 Nacogdoches Road, Suite 220
> San Antonio, TX 78217
> Telephone (210) 646-6424
> Facsimile (210) 946-6267

All counsel of record are invited to attend and cross-examine.

Respectfully submitted,

CURNEY, GARCIA, FARMER,
PICKERING & HOUSE, P.C.
411 Heimer Road
San Antonio, TX 78232-4854
(210) 377-1990 (Telephone)
(210) 377-1065 (Facsimile)

_____
John M. Curney, Jr.
State Bar No. 05258600

**Attorney for Defendant
B & L Fernandez Trucking**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following by certified mail, return receipt requested, by FAX, by hand delivery, by regular mail or by Federal Express on the 29th day of July, 2004.

**CM/RRR**
J. Michael Moore
David Lumber
GUERRA & MOORE, Ltd., L.L.P.
4201 North McColl Road
McAllen, Texas 78504

**CM/RRR**
Michael T. Shelby
United States Attorney
Nancy L. Masso
Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, Texas 78250

John M. Gurney, Jr.