# CURNEY, GARCIA, FARMER, PICKERING & HOUSE, P.C.
### Attorneys and Counselors at Law

John Curney, Jr.*†£
Humberto G. Garcia*
Wm. David Farmer
Suzanne C. Pickering
Jeffrey G. House

James D. Guess
Of Counsel

* Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

411 Heimer Road
San Antonio, TX 78232-4854
Email: cgfph.com
Tel. (210) 377-1990
Fax (210) 377-1065

Alicia J. Haff
Nancy H. Hardy
J. Dean Jackson
Edward L. Osuna*
Kim Pettit
Noe J. Saucedo
Todd Worrich

† Member College of The State Bar of Texas
£ Licensed in Oklahoma

August 13, 2004

<u>Via Facsimile Only: 956-686-4200</u>
David J. Lumber
GUERRA & MOORE, Ltd., L.L.P.
4201 North McColl Road
McAllen, Texas 78504

<u>Facsimile Only: (956) 548-2549</u>
Nancy L. Masso
Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, Texas 78250

FILED 9:00 O'CLOCK A M
AURORA DE LA GARZA, CLERK
SEP 07 2004
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

United States District Court
Southern District of Texas
FILED
SEP 1 7 2004
Michael N. Milby
Clerk of Court

RE:   **RULE 11 AGREEMENT**
      *Catarino Chavez and Maria Del Rosario Chavez, et al. v. Paul H. Gonzalez, et al.*
      No. 2002-10-3948-B, In the 138th District Court of Cameron County, Texas
      Our File:   1532.047-jc

Dear David and Nancy:

Please let this letter to you be confirmation that we have agreed to settle the above referenced case as follows:

1.   The United States Government agrees to pay $10,000.00 to Plaintiffs with regard to the full settlement of any and all claims which said government may have owed pursuant to B&L Fernandez's claim of contribution versus the government with regard to the above referenced case;

2.   B & L Fernandez and the remaining Defendants agree to pay the total sum of $50,000.00 in full settlement of all claims with regard to this matter.

Accordingly, the total sum of $60,000.00 will be paid by Defendants with regard to

David Lumber and
Nancy Masso
August 13, 2004
Page 2

resolution of the above referenced case. In return for payment of the above referenced funds Plaintiffs agree to provide Defendants with a full and final release of all claims with regard to this case. I am not aware of any liens having been filed nor am I aware of any other outstanding claims which are related to the above debt. David, tell me if you are in fact aware of those other outstanding liens. Please let me know as soon as possible so that we might go ahead and include appropriate language in the release document. Otherwise, if this is in fact everyone's agreement, please sign in the below referenced space and return a signed copy to our office for filing with the Court. I expect that we probably should be able to exchange funds within 21 days from the date everyone signs off on the agreement. By copy of this letter I will go ahead and notify the Court that we have settled the case and ask to have this matter removed from jury docket.

 Thank you each for working towards successfully resolving this particular claim.

Best Wishes,

CURNEY, GARCIA, FARMER,
PICKERING & HOUSE, P.C.

John M. Curney, Jr.
/dmp

AGREED:

_____
David Lumber


_____
Nancy Masso


J:\FILES\1532\1532.047\Corres\Lumber.Masso.8.13.04.doc

David Lumber and
Nancy Masso
August 19, 2004
Page 2

resolution of the above referenced case. In return for payment of the above referenced funds Plaintiffs agree to provide Defendants with a full and final release of all claims with regard to this case. I am not aware of any liens having been filed nor am I aware of any other outstanding claims which are related to the above debt. David, tell me if you are in fact aware of those other outstanding liens. Please let me know as soon as possible so that we might go ahead and include appropriate language in the release document. Otherwise, if this is in fact everyone's agreement, please sign in the below referenced space and return a signed copy to our office for filing with the Court. I expect that we probably should be able to exchange funds within 21 days from the date everyone signs off on the agreement. By copy of this letter I will go ahead and notify the Court that we have settled the case and ask to have this matter removed from jury docket.

Thank you each for working towards successfully resolving this particular claim.

Best Wishes,

CURNEY, GARCIA, FARMER,
PICKERING & HOUSE, P.C.

*[signature]*
John M. Curney, Jr.
/dmp

AGREED:

_____
David Lumber

_____
Nancy Masso

\# NOTE: The U.S.A. will require that the final settlement agreement set forth that ~~the funds~~ — at least with the money coming from the USA — attorney's fees will not be assessed against the government and that any attorney's fees assessed will not exceed 25% of the settlement (i.e. the 1/19 oopss)
See 28 U.S.C. §2678  *[initials]*

J:\FILES\1532\1532.047\Corres\Lumber.Masso.8.13.04.doc