# CURNEY, GARCIA, FARMER, PICKERING & HOUSE, P.C.
### Attorneys and Counselors at Law

| John Curney, Jr.*†£ | 411 Heimer Road | Alicia J. Haff |
| Humberto G. Garcia* | San Antonio, TX 78232-4854 | Nancy H. Hardy |
| Wm. David Farmer | Email: cgfph.com | J. Dean Jackson |
| Suzanne C. Pickering | Tel. (210) 377-1990 | Edward L. Osuna* |
| Jeffrey G. House | Fax (210) 377-1065 | Kim Pettit |
| | | Noe J. Saucedo |
| James D. Guess | | Todd Worrich |
| Of Counsel | | |

\* Board Certified Personal Injury Trial Law
  Texas Board of Legal Specialization

† Member College of The State Bar of Texas
£ Licensed in Oklahoma

November 24, 2004

United States District Court
Southern District of Texas
FILED

DEC 0 3 2004

Michael N. Milby
Clerk of Court

Judge Hilda G. Tagle
306 Federal Building
600 E. Harrison Street
Brownsville, TX 78520-7114

RE:  Civil Action B-03-003, *Catarino Chavez and Maria Del Rosario Chavez, et al. v. Paul H. Gonzalez, et al.*, In the United States District Court of the Southern District of Texas
     Our File: 1532.047-jc

Dear Judge Tagle:

This is just a status update regarding the above referenced matter. The settlement documents have been forwarded to Mr. David Lumber, plaintiff's counsel, and as of today, he is waiting for the check and associated documents from the government in order to schedule his client to come in and execute same.

Thank you for your patience.

Best Wishes,

CURNEY, GARCIA, FARMER,
PICKERING & HOUSE, P.C.

John M. Curney, Jr.
JMC/dmp