# GUERRA & MOORE, LTD., L.L.P.
## ATTORNEYS AT LAW

CARLOS L. GUERRA, P.C.*
J. MICHAEL MOORE, P.C.
DAVID J. LUMBER
*ALSO LICENSED IN CALIFORNIA

4201 N. McCOLL RD.
MCALLEN, TEXAS 78504
TEL NO. (956) 618-3000
FAX NO. (956) 686-4200

United States District Court
Southern District of Texas
FILED
JAN 1 4 2005
Michael N. Milby
Clerk of Court

January 12, 2005

Honorable Hilda G. Tagle
United States District Judge
600 E. Harrison, Room 306
Brownsville, TX 78526

VIA FACSIMILE (956) 574-7416

United States District Court
Southern District of Texas
RECEIVED
JAN 1 2 2005 3:55p
Michael N. Milby, Clerk

RE:  Civil Action No. B-03-003; Catarino Chavez, et. al. v. Paul H. Gonzalez, et. al.; Our File No. 01-050

Dear Judge Tagle:

I am writing in response to a phone call by your case clerk, which I received today. The above-referenced case has been settled among all of the parties. My clients have signed all of the settlement documentation, and a Stipulation of Dismissal has been forwarded to Nancy Masso, to hold in trust pending receipt of payment. The only remaining item pending on this case is receipt of the settlement funds from the government. As per Ms. Masso, she required a signed Stipulation of Dismissal to request the check for payment by the government, but has not yet received same.

Therefore, I am in the position of being unable to fully and finally dismiss the case, because I have not received all of the settlement funds, but there is an agreement in place to settle this case. In order to prevent any further work being done on this case by any of the attorneys, and the expense associated with same, as well as the Court, may I suggest that this case be removed from the docket and scheduled for some sort of status conference in March or April, which should permit time for the government's check to arrive. Assuming the check arrives from the government, we can then submit final dismissal papers and this case can be removed from the docket at long last. If we are still awaiting the government's check at the time of a status conference, we could report same to the Court.

Thank you for your continued patience in getting this case resolved. With warm regards I remain,

Very truly yours,

GUERRA & MOORE, LTD, L.L.P.

David J. Lumber

DJL/es
cc:  John M. Curney, Jr. - Via Facsimile (210) 377-1065
     Nancy L. Masso - Via Facsimile (956) 548-2549

TOTAL P.02

JAN-12-2005 15:43        IRA                          956 631 0293    P.01/02

# GUERRA & MOORE, LTD., L.L.P.
## ATTORNEYS AT LAW

CARLOS L. GUERRA*  
J. MICHAEL MOORE  
DAVID J. LUMBER  
*ALSO LICENSED IN CALIFORNIA

4201 N. MCCOLL RD.  
MCALLEN, TEXAS 78504  
PH. NO. (956) 618-3000  
FAX NO. (956) 686-4200

## MULTI-FAX TRANSMITTAL SHEET

DATE: January 12, 2005          TIME: _____

FROM: David Lumber              FILE NO.: 01-050

RE: Chavez Case                 NO. OF PAGES: 2
                                (INCLUDING COVER SHEET)

TO:

1. NAME: Hidalgo G. Tagle       FAX #: 956-574-7416
2. NAME: John Curney            FAX #: 210-377-1065
3. NAME: Nancy Masso            FAX #: 956-548-2549
4. NAME: _____        FAX #: _____
5. NAME: _____        FAX #: _____
6. NAME: _____        FAX #: _____
7. NAME: _____        FAX #: _____
8. NAME: _____        FAX #: _____

TYPE OF DOCUMENT: _____

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INTENDED RECIPIENT. BOTH THE INDIVIDUAL OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT AND THE INTENDED RECIPIENT ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO THIS OFFICE AT THE ABOVE-LISTED ADDRESS VIA THE U.S. POSTAL SERVICE.

COMMENTS: _____