| UNITED STATES DISTRICT COURT | * | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

CATARINO CHAVEZ, ET AL § 
§
vs. § CIVIL ACTION: B-03-003
§
PAUL H. GONZALEZ, ET AL §

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER SETTING CONFERENCE

1. A status conference will be held on:

**March 28, 2005 at 9:00 a.m**

Before the Honorable Hilda G. Tagle
United States District Judge
Third Floor-Courtroom No. 3
United States Courthouse
600 East Harrison Street, #306
Brownsville, Texas 78520

Signed _January 12_, 2005 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge