United States District Court
Southern District of Texas
FILED

FEB 2 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| CATARINO CHAVEZ, ET AL. | § | |
|---|---|---|
| V. | § § § | Civil Action No. B-03-003 |
| PAUL H. GONZALEZ, ET AL. | § § | |

## MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs, CATARINO CHAVEZ AND MARIA DEL ROSARIO CHAVEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MARCOS CHAVEZ, DECEASED, and move this Court for an order dismissing this cause against Defendants PAUL H. GONZALEZ , B & L FERNANDEZ TRUCKING and THE UNITED STATES OF AMERICA with prejudice, and in support thereof show:

Plaintiffs, CATARINO CHAVEZ AND MARIA DEL ROSARIO CHAVEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MARCOS CHAVEZ, DECEASED, no longer desire to prosecute their suit against Defendants PAUL H. GONZALEZ , B & L FERNANDEZ TRUCKING and THE UNITED STATES OF AMERICA, and move this Court to dismiss this cause with prejudice to Plaintiffs' right to refile same.  Plaintiffs CATARINO CHAVEZ AND MARIA DEL ROSARIO CHAVEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MARCOS CHAVEZ, DECEASED would show that all matters in dispute between and among the Defendants have been fully compromised and settled, and that Plaintiffs seek entry of

an Order of Dismissal with Prejudice only as to Defendants PAUL H. GONZALEZ , B & L FERNANDEZ TRUCKING and THE UNITED STATES OF AMERICA.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs CATARINO CHAVEZ AND MARIA DEL ROSARIO CHAVEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MARCOS CHAVEZ, DECEASED ask this Court to enter an Order dismissing this suit against Defendants PAUL H. GONZALEZ , B & L FERNANDEZ TRUCKING and THE UNITED STATES OF AMERICA with prejudice, with costs to be paid by the parties incurring same.

Respectfully submitted,

GUERRA & MOORE, Ltd., L.L.P.
4201 North McColl Road
McAllen, Texas 78504
(956) 618-3000
(956) 686-4200 (facsimile)

_____
Michael Moore
State Bar No. 14349550
David Lumber
State Bar No. 24002504

Attorneys for Plaintiffs,
CATARINO CHAVEZ AND MARIA DEL ROSARIO CHAVEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MARCOS CHAVEZ, DECEASED