IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CATARINO CHAVEZ, ET AL. | § § | |
| V. | § § | Civil Action No. B-03-003 |
| PAUL H. GONZALEZ, ET AL. | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this date the Court was advised that all matters in dispute by, between and among Plaintiffs, CATARINO CHAVEZ AND MARIA DEL ROSARIO CHAVEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MARCOS CHAVEZ, DECEASED and Defendants PAUL H. GONZALEZ, B & L FERNANDEZ TRUCKING and THE UNITED STATES OF AMERICA have been fully and finally compromised and settled and that said parties have agreed to the entry of this Agreed Order Of Dismissal With Prejudice as to Defendants PAUL H. GONZALEZ, B & L FERNANDEZ TRUCKING and THE UNITED STATES OF AMERICA.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all claims and causes of action asserted by Plaintiffs, Attorneys for Plaintiffs, CATARINO CHAVEZ AND MARIA DEL ROSARIO CHAVEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MARCOS CHAVEZ, DECEASED against Defendants PAUL H. GONZALEZ, B & L FERNANDEZ TRUCKING and THE UNITED STATES OF AMERICA are hereby dismissed with prejudice to the right of Plaintiffs to re-file the same or any part thereof.

SIGNED this _____ day of _____, 2004.

_____
JUDGE PRESIDING

**AGREED TO:**

**GUERRA & MOORE, LTD., L.L.P.**
4201 North McColl Road
McAllen, Texas 78504
(956) 618-3000
(956) 686-4200 (facsimile)

_____
Michael Moore
State Bar No. 14349550
David Lumber
State Bar No. 24002504
**Attorneys for Plaintiffs,**
CATARINO CHAVEZ AND MARIA DEL
ROSARIO CHAVEZ, INDIVIDUALLY,
AND AS REPRESENTATIVE OF THE
ESTATE OF MARCOS CHAVEZ, DECEASED


**CURNEY, GARCIA, FARMER,**
**PICKERING & HOUSE, P.C.**
411 Heimer Road
San Antonio, TX 78232-4854
(210) 377-1990 (Telephone)
(210) 377-1065 (Facsimile)

_____
John M. Curney, Jr.
State Bar No. 05258600
**Attorney for Defendant,**
B & L FERNANDEZ TRUCKING


Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, Texas 78250
(956) 548-2554 Office
(956) 548-2549 Facsimile

_____
Nancy L. Masso
State Bar No. 00800490
**Attorneys for Cross-Defendant**
THE UNITED STATES OF AMERICA