United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CATARINO CHAVEZ, ET AL., | § |
| Plaintiffs, | § |
| v. | § CIVIL ACTION NO. B-03-003 |
| PAUL H. GONZALEZ, ET AL., | § |
| Defendants. | § |

## ORDER

BE IT REMEMBERED that on March __1__, 2005, the Court considered the plaintiffs' motion to dismiss. Dkt. No. 30. The motion seeks dismissal with prejudice of the above styled litigation since all matters in dispute "have been fully compromised and settled." Id. All parties have agreed to and signed the motion. Id.

Accordingly, because the plaintiffs Catarino Chavez and Maria Del Rosario Chavez, individually and as representative of the Estate of Marcos Chavez, deceased, and defendants Paul H. Gonzalez, B & L Fernandez Trucking, and the United States of America, have fully and finally compromised and settled all matters in dispute by, between, and among all parties, and have agreed to the entry of dismissal with prejudice, it is hereby **ORDERED** that all claims and causes of action asserted by the plaintiffs and attorneys for plaintiffs against the defendants are **DISMISSED WITH PREJUDICE**.

The Clerk is instructed to **CLOSE** this case.

DONE at Brownsville, Texas, this __1__ day of March, 2005.

Hilda G. Tagle
United States District Judge